IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN KEVIN WESLEY,<br>*Plaintiff* | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| PRIME CARE MEDICAL, *et al.*,<br>*Defendants* | : | NO. 22-4223 |
| | : | |

## ORDER

AND NOW, this 13th day of September, 2023, upon consideration of Plaintiff Brian Kevin Wesley's Second Amended Complaint (ECF No. 18), which the Court has construed as a joint motion for reconsideration and motion for leave to file a second amended complaint, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case for the purpose of considering the Motion.

2. The Motion is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

3. The Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 19) is **DENIED** as unnecessary.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE